E-FILED
Friday, 17 June, 2005  09:55:24 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

In re:                                      )
                                            )     Case No. 05-MC-2035
FRED MICHAEL MORELLI, JR.                   )

## **O R D E R**

This Court has been advised by the Supreme Court of Illinois that FRED MICHAEL MORELLI, JR. has been suspended from the practice of law in the courts of Illinois. A copy of the Illinois Supreme Court's Order to this effect is attached hereto.

In this regard, Mr. MORELLI, JR. is advised that, pursuant to Local Rule 83.6(A), an attorney must be licensed to practice law in any state or the District of Columbia in order to be eligible to practice in this District. This raises the question of whether Mr. MORELLI, JR. should be suspended from practice in this District. Local Rule 83.6(A) provides:

(A) <u>Discipline</u>.

> When it is shown to a judge of this court that any member of the bar of this court has been suspended or disbarred from practice in any other court of record, or has been guilty of conduct unbecoming a member of the bar of this court, the member will be subject to suspension, disbarment, or other appropriate disciplinary action by the court. The member shall be afforded an opportunity to show good cause, within such time as the court shall prescribe, why the member should not be suspended, disbarred or otherwise disciplined. Upon the member's response to the rule to show cause, and after hearing, if requested, or upon expiration of the time prescribed for a response if no response is made, the court shall enter an appropriate order.

Accordingly, this Court grants Mr. MORELLI, JR. ten (10) days from the date of this Order within which to show cause, in writing, why this Court should not suspend him from practice in this District.

ENTERED this 17th day of June, 2005

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE