UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN RE: )
)
FRED MICHAEL MORELLI, JR., )
) CASE NO. 05 MC 2035
)
)

**FILED**
JUN 24 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

### RESPONSE

NOW comes Fred M. Morelli, Jr., and in Response to this court's order of June 17, 2005, states as follows:

1. My name is Fred M. Morelli, Jr., and I have been admitted to practice law in the State of Illinois since 1966.

2. I have received a suspension from the Supreme Court of Illinois for thirty days beginning on June 10, 2005.

3. The issue for which I have been suspended has been litigated for at least ten (10) years.

4. Had litigated before the Attorney Registration and Disciplinary Commission of the State of Illinois.

5. The issue consists of two (2) counts. One filed by Gary Starnes and one filed by David Klimet.

6. I did not contest the David Klimet Complaint of speaking to his client without his permission. I did contest the Gary Starnes Complaint.

7. The Gary Starnes Complaint was initially dismissed by the hearing panel which recommended a censure on the David Kilimet Complaint.

8. The ARDC took exception to a review panel of the hearing panels findings. The hearing panel reinstated the Gary Starnes Complaint and recommended a thirty (30) suspension on both counts (thirty (30) day suspension starting on June 10, 2005).

9. Having contested these issues for ten (10) years, though I did not agree, I decided not to contest the review panel's findings. Both the ARDC and myself waived the right to take exception to the review panels finding. It was submitted to the Illinois Supreme Court which approved the thirty (30) day suspension.

10. I presently have no cases pending before the United States District Court for the central District Court of Illinois nor do I intend to practice law in the State of Illinois or elsewhere during the term of the suspension.

WHEREFORE, Fred M. Morelli, Jr., respectfully requests that if this court sees fit to suspend him that it is for a concurrent term of thirty (30) days with that imposed by the Illinois Supreme Court.

Respectfully submitted,

_____
Fred M. Morelli, Jr.
Plaintiff/Attorney
403 W. Galena Blvd.
Aurora, IL 60507
630-892-6665

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FRED M. MORELLI, JR., )
   Plaintiff, ) GEN NO. 05 MC 2035
)
)
)

## NOTICE OF FILING

TO:   United States District Court
        Clerk of the Court
        201 S. Vine Street
        Suite 218
        Urbana, IL 61802

     YOU ARE HEREBY NOTIFIED that on June 22, 2005, we shall mail to be filed with the Clerk of the United States District Court, the attached Response, a copy of which is hereby served upon you.

                                        By: <u>Fred M. Morelli, Jr.</u>
                                        Law Offices of Morelli & Cook
                                        Attorneys for Defendant
                                        403 W. Galena Blvd., Aurora, IL 60506
                                        630/892-6665

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath, deposes and states that he mailed a copy of the foregoing Notice of Filing to the parties listed above, at the address indicated, by depositing a copy in the US Mail, postage prepaid, at Aurora, Illinois on the 22nd day of June 2005.

                                                _____