E-FILED
Thursday, 07 July, 2005  03:18:01 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| FRED MICHAEL MORELLI, JR. ) | Case No. 05-MC-2035 |
| ) | |

# O R D E R

On May 20, 2005, FRED MICHAEL MORELLI, JR. was disbarred by the Supreme Court of Illinois, In re: M.R. 20136,, for thirty (30) days commencing June 10, 2005. Mr. Morelli was ordered to show cause within ten (10) days, in writing, why he should not be suspended from practice in this District. On June 24, 2005, Mr. Morelli filed his response requesting that his suspension not exceed the thirty (30) day suspension imposed by the Supreme Court of Illinois.

Accordingly, IT IS ORDERED that FRED MICHAEL MORELLI, JR. is hereby suspended from practicing in this Court until July 10, 2005.

ENTERED this 7th day of July, 2005

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE